IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| JOHN C. SKINNER, Register No. 1069523, | ) | |
| DEREK Q. JAMES, Register No. 182777, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 05-4376-CV-C-NKL |
| | ) | |
| DAVE DORMIRE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On April 4, 2006, the United States Magistrate Judge recommended that plaintiffs' claims against Missouri Department of Corrections and Jefferson City Correctional Center be dismissed for failure to state a claim on which relief may be granted under 42 U.S.C. § 1983. The Magistrate Judge further recommended that plaintiffs' motions for preliminary injunctive relief be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff James on April 20, 2006. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's April 4, 2006 Report and Recommendation is adopted [28]. It is further

ORDERED that plaintiffs' claims against Missouri Department of Corrections and Jefferson City Correctional Center are dismissed for failure to state a claim on which relief may be granted under 42 U.S.C. § 1983. It is further

ORDERED that plaintiffs' motions for preliminary injunctive relief are denied [25, 26, 27].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: May 15, 2006
Jefferson City, Missouri