IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| JOHN C. SKINNER, Register No. 1069523, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-4376-CV-C-NKL |
| | ) | |
| DAVE DORMIRE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On January 11, 2007, United States Magistrate Judge William A. Knox recommended that plaintiff's motions for a preliminary injunction and emergency hearing be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on January 29, 2007. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. Plaintiff has not shown that he will be irreparably harmed, denied access to the courts, or prejudiced in any case if injunctive relief related to legal supplies is not granted. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of January 11, 2007, is adopted, and plaintiff's motions of November 21, 2006, for a temporary restraining order, preliminary injunction and an emergency hearing are denied. [85, 88] It is further

ORDERED that plaintiff's motion of January 29, 2007, for leave to appeal in forma pauperis, and for leave to file an interlocutory appeal of the order denying reconsideration and appointment of counsel is denied. [95]

/s/
NANETTE K. LAUGHREY
United States District Judge

Dated: June 7, 2007
Jefferson City, Missouri